```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0061--CV (RRB)
          "USA V PROCEEDS IN THE AMOUNT OF $80,288.52 ET"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/22/04
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (990) Other

            Origin: (1) Original Proceeding
            Demand: 80
        Filing fee: Waived
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |
| DEF 1.1 | PROCEEDS IN THE AMOUNT OF<br>$80,288.52 FROM THE SALE OF 68,163 | No counsel found for this party! |
| DEF 2.1 | MINISTRY OF NATURAL RESOURCES OF<br>THE RUSSIAN FEDERATION | William L. Choquette<br>Choquette & Farleigh<br>629 L Street, Suite 101<br>Anchorage, AK 99501<br>907-274-4626<br>FAX 907-274-9819<br><br>Bruce M. Hull<br>14100 SE 36th Street, Suite #100<br>Bellevue, WA 98006<br>425-378-8088<br>FAX 425-378-3373 |
| DEF 3.1 | HJELLE ENTERPRISES | Jess G. Webster<br>Mikkelborg Broz et al<br>1001 4th Avenue Plaza, #3600<br>Seattle, WA 98154-1115<br>206-623-5890 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0061--CV (RRB)
          "USA V PROCEEDS IN THE AMOUNT OF $80,288.52 ET"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
           Filed: 03/22/04
          Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (990) Other

           Origin: (1) Original Proceeding
           Demand: 80
       Filing fee: Waived
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/22/04 | Complaint filed. |
| 2 - 1 | 03/22/04 | PLF 1 Praecipe for Expedited Issuance of Warrant of Arrest by Clerk of Court. |
| 2 - 2 | 03/22/04 | Issued (by the clerk): WOA |
| 3 - 1 | 03/25/04 | PLF 1 motion for order permitting deposit. |
| 3 - 2 | 04/19/04 | RRB Order granting motion for order permitting deposit (3-1). cc: cnsl, finance, Intake Clerk |
| 4 - 1 | 04/23/04 | DEF 2 Verified statement of interest of claimant w/att exhs. |
| 5 - 1 | 04/23/04 | DEF 3 Verified statement of interest purusant to ruleC(6)(a) of the supplemental rules for certain admirality and martitime claims |
| 6 - 1 | 04/23/04 | DEF 2 motion to appear pro hac vice of Bruce M. Hull w/lcl cnsl W. Choquette w/att declaration and exh. |
| 7 - 1 | 05/04/04 | RRB Order granting motion for Bruce M. Hull to appear pro hac vice (6-1).  cc: cnsl |
| 8 - 1 | 05/11/04 | DEF 3 Answer to Complaint. |
| 9 - 1 | 05/24/04 | DEF 2 Answer to  Verified Complaint. |
| 10 - 1 | 06/07/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 11 - 1 | 06/25/04 | PLF 1 Certification of discovery conference (report re 16(b)). |
| 12 - 1 | 07/16/04 | DEF 3 Notice to court re discovery schedule to extend the proposed deadline for making initial disclosures until 8/6/04. |
| 13 - 1 | 07/23/04 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 02/18/05; Dispositive motions deadline 03/18/05; Estimate of trial 3 days; TBC. cc: cnsl |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0061--CV (RRB)
                         "USA V PROCEEDS IN THE AMOUNT OF $80,288.52 ET"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 09/08/04 | Unopposed motion to continue discovery and motions deadlines; close of discovery until 5/18/05, dispositive motions and mots in limine until 6/18/05, final revised wit list until 9/10/05. |
| 15 - 1 | 09/10/04 | RRB Order granting unopposed motion to continue discovery and motions deadlines (14-1) & setting the following dates: Discovery to close 05/18/05; Dispositive motions deadline 06/18/05. Final revised wit lists 9/10/05.   cc: cnsl |
| 16 - 1 | 10/19/04 | DEF 2 motion for leave to amend answer to verified complaint in rem for forfeiture w/att amended answer to verified complaitnin rem for forfeiture, cross claim and verified third praty complaint in rem. |
| 17 - 1 | 10/27/04 | PLF 1 Attorney Appearance of D. Cooper, Jr. (AUSA). |
| 18 - 1 | 11/04/04 | PLF 1 Unopposed motion for extension of time until 11/10/04 to file opposition to claimant's mot for leave to amend answer to verified complaint In Rem for forfeiture. |
| 18 - 2 | 11/04/04 | Order granting unopposed motion for extension of time until 11/10/04 to file opposition to claimant's mot for elave to amend answer to verified complaint In Rem for forfeiture (18-1). |
| 19 - 1 | 11/05/04 | DEF 3 opposition to DEF 2 motion for leave to amend answer to verified complaint in rem for forfeiture (16-1). |
| 20 - 1 | 11/10/04 | PLF 1 opposition to DEF 2 motion for leave to amend answer to verified complaint in rem for forfeiture w/att amended answer to verified complaint in rem for forfeiture, cross claim and verified third praty complaint in rem (16-1) w/att exhs. |
| 21 - 1 | 11/16/04 | DEF 2 reply to opposition to DEF 2 motion for leave to amend answer to verified complaint in rem for forfeiture (16-1). |
| 22 - 1 | 11/16/04 | DEF 2 reply to opposition to DEF 2 motion for leave to amend answer to verified complaint in rem for forfeiture (16-1). |
| 23 - 1 | 11/22/04 | RRB Minute Order denying motion for leave to amend answer to verified complaint in rem for forfeiture (16-1).   cc: cnsl |
| 24 - 1 | 01/14/05 | DEF 2 Dismissal Notice (Party(s)) of claims against DEF 3 w/prejudice. |
| 25 - 1 | 01/25/05 | DEF 2 Dismissal Notice (Party(s)) re: DEF 1 w/prejudice. |
| 26 - 1 | 07/13/05 | RRB Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 27 - 1 | 07/29/05 | PLF 1 Report re: Certification of readiness for trial. |
| 28 - 1 | 08/02/05 | RRB Order re settlement conference.  Parties shall submit a confidential settlement brf by 8/15/05 to the settlement judge, Judge von der Heydt's chambers. A settlement conf will be set the settlemnt judges believes a settlement of the case can be negotiated.  cc: cnsl, Judge von der Heydt |
| 29 - 1 | 08/15/05 | JAV Minute Order that the settlement judge grants all parties until 8/19/05 to submit their settlement positions.  cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0061--CV (RRB)
                         "USA V PROCEEDS IN THE AMOUNT OF $80,288.52 ET"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 08/23/05 | JAV Order Scheduling Settlement Conference; settlement conference set for 9/7/05 at 9:30 a.m. cc: cnsl, Judge Beistline |
| 31 - 1 | 08/23/05 | JAV Order; HEI Enterprises request to participate by telephone at the 9/7/05 settlement conference granted. cc: cnsl, Judge Beistline |
| 32 - 1 | 09/07/05 | JAV Order; settlement not reached; case returned to trial judge for further proceedings. cc: cnsl, Judge Beistline |
| 33 - 1 | 09/09/05 | PLF 1 Stipulation to amend pretrial scheduled to extend deadlines until 9/16/05. |
| 33 - 2 | 09/13/05 | RRB Order granting stipulation to amend pretrial scheduled to extend deadlines until 9/16/05 (33-1). Trial briefs, evid hrg briefs final exh lists and final witness lists due 9/16/05, all other deadlines remain the same. cc: cnsl |
| 24 - 2 | 09/15/05 | RRB Order granting stipulation to amend pretrial schedule and extend pretrial deadlines until 9/23/05 (34-1). cc: cnsl |
| 34 - 1 | 09/15/05 | PLF 1 Stipulation to amend pretrial schedule and extend pretrial deadlines until 9/23/05. |
| 35 - 1 | 09/27/05 | RRB Minute Order trial setting conf is set for 10/20/05 at 9:00 a.m. in Courtroom #2. Parties may participate telephonically. cc: cnsl. |
| 36 - 1 | 10/20/05 | RRB Court Minutes [ECR: Elisa Singleton] re Trial Setting Conf (held 10/20/05); agreement reached; Mr. Webster to file Notice of Withdrawl of Verified Claim. cc: cnsl |
| 37 - 1 | 11/29/05 | PLF 1 Stipulation for order of dismissal with prejudice and without an award of costs or fees to any party. |
| 37 - 2 | 11/30/05 | RRB Order granting stipulation for order of dismissal with prejudice and without an award of costs for fees to any party (37-1). cc: cnsl |