FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 12 AM

BRUCE M. HULL
Law Offices of Bruce M. Hull, PLLC
14100 SE 36th Street, Suite # 100
Bellevue, Washington 98006
Phone: (425) 378-8088
Fax: (425) 378-3373
Email: bruce@pilc.biz

WILLIAM L. CHOQUETTE
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 274-4626
Fax: (907) 274-9819
Email: cflaw@alaska.com

Attorneys for the Claimant Ministry
Of Natural Resources, Koryaksky
Specialized Maritime Inspection

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A04-0061 CV (RRB) |
| Plaintiff | ) | |
| v. | ) | **STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Proceeds in the amount of $80,288.52 From the sale of 68,163 pounds of *c. opilio* (snow) crab, | ) | |
| Defendant. | ) | |

Plaintiff and Claimants hereby stipulate to the following:

## I.   STIPULATION.

IT IS HEREBY STIPULATED by the parties herein, plaintiff United States of America,

1

claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection, and claimant Hjelle Enterprises, Inc., by and through their respective undersigned counsel, that the claim of claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection, as evidenced by the verified claim filed in this action, shall be dismissed with prejudice and without an award of costs or fees to any party.

Respectfully submitted this ___ day of September, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

_____

DANIEL R. COOPER, JR.
Assistant U.S. Attorney

_____

SUSAN AUER
Special Assistant U.S. Attorney

_____

BRUCE M. HULL
WSBA No.: 18943 and *Pro Hac Vice*
Counsel for Claimant Russian Federation,
Ministry of Natural Resources, Koryaksky
Specialized Maritime Inspection.
Associating with:
WILLIAM L. CHOQUETTE
AK NO.: 7410066
Choquette & Farleigh, LLC

_____

JESS G. WEBSTER
Counsel for Claimant Hjelle Enterprises, Inc.

claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection, and claimant Hjelle Enterprises, Inc., by and through their respective undersigned counsel, that the claim of claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection, as evidenced by the verified claim filed in this action, shall be dismissed with prejudice and without an award of costs or fees to any party.

Respectfully submitted this 14th day of September, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUSAN AUER
Special Assistant U.S. Attorney

BRUCE M. HULL
WSBA No.: 18943 and *Pro Hac Vice*
Counsel for Claimant Russian Federation,
Ministry of Natural Resources, Koryaksky
Specialized Maritime Inspection.
Associating with:
WILLIAM L. CHOQUETTE
AK NO.: 7410066
Choquette & Farleigh, LLC

JESS G. WEBSTER
Counsel for Claimant Hjelle Enterprises, Inc.

claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection, and claimant Hjelle Enterprises, Inc., by and through their respective undersigned counsel, that the claim of claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection, as evidenced by the verified claim filed in this action, shall be dismissed with prejudice and without an award of costs or fees to any party.

Respectfully submitted this 14th day of September, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

_____
SUSAN AUER
Special Assistant U.S. Attorney

_____
BRUCE M. HULL
WSBA No.: 18943 and *Pro Hac Vice*
Counsel for Claimant Russian Federation,
Ministry of Natural Resources, Koryaksky
Specialized Maritime Inspection.
Associating with:
WILLIAM L. CHOQUETTE
AK NO.: 7410066
Choquette & Farleigh, LLC

_____
JESS G. WEDSTER
Counsel for Claimant Hjelle Enterprises, Inc.

2

## II.  ORDER

Pursuant to the above Stipulation of the Parties herein,

IT IS HEREBY ORDERED that the claim of claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection as evidenced by the verified claim filed in this action, shall be dismissed with prejudice, and without an award of costs or fees to any party.

DONE IN OPEN COURT this ____ day of September, 2005.

_____
HONORABLE RALPH R. BEISTLINE
United States District Judge

Presented by:

BRUCE M. HULL
WSBA No.: 18943 and *Pro Hac Vice*
Counsel for Claimant Russian Federation,
Ministry of Natural Resources,
Koryaksky Specialized Maritime Inspection.
Associating with:
WILLIAM L. CHOQUETTE
AK NO.: 7410066
Choquette & Farleigh, LLC

*/s/ Bruce Hull*
_____

Approved as to Form;
Notice of Presentation Waived:

TIMOTHY M. BURGESS
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney

_____

SUSAN AUER
Special Assistant U.S. Attorney

_____

JESS G. WEBSTER
Counsel for Claimant Hjelle Enterprises, Inc.

3

## II. ORDER

Pursuant to the above Stipulation of the Parties herein,

IT IS HEREBY ORDERED that the claim of claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection as evidenced by the verified claim filed in this action, shall be dismissed with prejudice, and without an award of costs or fees to any party.

DONE IN OPEN COURT this ____ day of September, 2005.

_____
HONORABLE RALPH R. BEISTLINE
United States District Judge

Presented by:

BRUCE M. HULL
WSBA No.: 18943 and *Pro Hac Vice*
Counsel for Claimant Russian Federation,
Ministry of Natural Resources,
Koryaksky Specialized Maritime Inspection.
Associating with:
WILLIAM L. CHOQUETTE
AK NO.: 7410066
Choquette & Farleigh, LLC

*/s/ Bruce M. Hull*
_____

Approved as to Form;
Notice of Presentation Waived:

TIMOTHY M. BURGESS                    DANIEL R. COOPER, JR.
United States Attorney                Assistant U.S. Attorney

_____        _____
SUSAN AUER                            JESS G. WEBSTER
Special Assistant U.S. Attorney       Counsel for Claimant Hjelle Enterprises, Inc.

_____

3

## II. ORDER

Pursuant to the above Stipulation of the Parties herein,

IT IS HEREBY ORDERED that the claim of claimant Russian Federation, Ministry of Natural Resources, Koryaksky Specialized Maritime Inspection as evidenced by the verified claim filed in this action, shall be dismissed with prejudice, and without an award of costs or fees to any party.

DONE IN OPEN COURT this ____ day of September, 2005.

_____
HONORABLE RALPH R. BEISTLINE
United States District Judge

Presented by:

BRUCE M. HULL
WSBA No.: 18943 and *Pro Hac Vice*
Counsel for Claimant Russian Federation,
Ministry of Natural Resources,
Koryaksky Specialized Maritime Inspection.
Associating with:
WILLIAM L. CHOQUETTE
AK NO.: 7410066
Choquette & Farleigh, LLC

_____

Approved as to Form;
Notice of Presentation Waived:

TIMOTHY M. BURGESS
United States Attorney

_____

SUSAN AUER
Special Assistant U.S. Attorney

_____

DANIEL R. COOPER, JR.
Assistant U.S. Attorney

_____

JESS G. WEBSTER
Counsel for Claimant Hjelle Enterprises, Inc.

_____

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the forgoing was sent via U.S. Mail to the following counsel(s) of record on November 21, 2005:


Jess Webster (Counsel for Hjelle Enterprises, Inc.)
Mikkelborg, Broz, Wells & Fryer
1001 Fourth Avenue Plaza, Suite 3600
Seattle, WA 98154

Timothy M. Burgess & Daniel R. Cooper, Jr. (Counsel for the United States of America)
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513 -7567

Susan Auer (Counsel for the United States of America)
Senior Enforcement Attorney
NOAA, Office of the General Counsel
P.O. Box 21109
Juneau, Alaska 99802

Executed at Seattle, WA, on November 21, 2005.

_____
Illya Lisunov
Legal Assistant
Law Offices of Bruce M. Hull, PLLC

4